Joseph Milner Company, Inc., a Domestic Corporation, Appellant, v. First National Bank and Trust Company of Manhasset and Ruland Thompson, Individually and as Executors of and Trustees under the Last Will and Testament of Henry F. Thompson, Respondents.—Action to recover brokerage commission for negotiating a sale to the board of education of Manhasset, L. I., of property belonging to the estate of Henry F. Thompson and known as the " Thompson Summer Place." Orders denying plaintiff's motion for summary judgment

unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.